# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHNNY GARNER                                    Case Number: 07-71853
        1961 BELMONT                   SSN-xxx-xx-6510
        BELVIDERE, IL  61008

                                                Case filed on:        8/6/2007
                                                Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $8,028.71          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | JOHNNY GARNER (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 11,001.83 | 11,001.83 | 0.00 | 0.00 |
| 022 | LORIE P. LITTLETON | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 11,001.83 | 11,001.83 | 0.00 | 0.00 |
| 999 | JOHNNY GARNER | 0.00 | 0.00 | 8,028.71 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 8,028.71 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 19,516.52 | 19,516.52 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 4,309.16 | 4,309.16 | 0.00 | 0.00 |
| 003 | LITTON LOAN SERVICING LP | 3,469.82 | 3,469.82 | 0.00 | 0.00 |
| 032 | THE CONDOMINIUMS OF LOGAN SQUARE | 3,085.00 | 3,085.00 | 0.00 | 0.00 |
| 036 | BOONE COUNTY TREASURER | 4,311.49 | 4,311.49 | 0.00 | 0.00 |
|  | Total Secured | 34,691.99 | 34,691.99 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 37,140.46 | 3,714.05 | 0.00 | 0.00 |
| 005 | CED PROTECTIONS ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CERTIFIED SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 5,410.27 | 541.03 | 0.00 | 0.00 |
| 008 | COMED CO | 502.49 | 50.25 | 0.00 | 0.00 |
| 009 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FFCC - COLUMBUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PREMIER BANKCARD/CHARTER | 450.99 | 45.10 | 0.00 | 0.00 |
| 012 | NCO FIN / 22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PAY DAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SPIE AUTO REPAIR | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | TRS CHECK RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | UNIVERSITY OF PHOENIX | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | VERIZON NORTH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,147.00 | 114.70 | 0.00 | 0.00 |
| 019 | ZENITH AQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COTTONWOOD FINANCIAL | 1,168.45 | 116.85 | 0.00 | 0.00 |
| 021 | ROUNDUP FUNDING LLC | 2,584.08 | 258.41 | 0.00 | 0.00 |
| 023 | 10 MINUTE PAYDAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | 77TH STREET DEPOT FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CRED PROTECTIONS ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CITY OF CHICAGO | 200.00 | 20.00 | 0.00 | 0.00 |
| 027 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PROFESSIONAL ACCOUNT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ATTORNEY JASON ROCK | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | WFFINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | CITI AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MILTON HOUSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | GREAT AMERICAN FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 48,603.74 | 4,860.39 | 0.00 | 0.00 |
|  | Grand Total: | 94,297.56 | 50,554.21 | 8,028.71 | 0.00 |

Total Paid Claimant:       $8,028.71
Trustee Allowance:         $0.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00             discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                            _/s/ Lydia S. Meyer_____

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008              By  /s/Heather M. Fagan